

FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 9:23 am, Jan 06, 2021*

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

CRAIG L. JONES,                                    *
                                                   *
        Plaintiff,                              *       CIVIL ACTION NO.: 5:20-cv-13
                                                   *
        v.                                      *
                                                   *
ATTORNEY GENERAL CHRISTOPHER         *
M. CARR,                                           *
                                                   *
        Defendant.                              *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 3.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.  The Court also **DENIES as moot** Plaintiff's Motion for Leave to

Proceed *in Forma Pauperis* in this Court.   Dkt. No. 2.

**SO ORDERED**, this 6th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)